IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DOREEN S. MAJOLA | : | |
| | : | |
| Debtor | : | Bankruptcy No.:  06-16016 (BIF) |

**ORDER APPROVING WAIVER OF DISCHARGE**

AND NOW, upon the Motion of the United States Trustee to Approve Debtor's Waiver of Discharge, and upon the express consent of the debtor, it is

ORDERED that the Waiver of Discharge attached is approved. 11 U.S.C.§727(a)(10)

_____
HONORABLE BRUCE I. FOX
United States Bankruptcy Judge

cc:     United States Trustee
        Debtor's Counsel
        Debtor