**EXHIBIT "A"**

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| DOREEN S. MAJOLA | : | |
| | : | |
| Debtor | : | Bankruptcy No.: 06-16016 (BIF) |

## DEBTOR'S CONSENT TO WAIVER OF DISCHARGE

I, Doreen S. Majola, the debtor herein has consulted with my attorney regarding the waiver of the request for discharge.

I hereby waive my request for a discharge in this bankruptcy case.

5/14/07
Date

_____
Doreen S. Majola